B2650 (Form 2650) (12/15)

```
FILED
NOV 05 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

18-00105-B
pd $47.00
rec# 22348

# United States Bankruptcy Court
For the _____ District Of Delaware _____

In re VERENGO, INC. _____,  )
                Debtor                )
WILLIAM PEDERSON as        )
Distribution Trustee of the        )
Verengo Distribution Trust _____,  )
              Plaintiff            )
                             )
            v.                      )
ADVANCED ROOFING & RAINGUTTERS, )
            Defendant          )

Case No. 16-12098 (BLS)

Chapter 11

Adv. Proc. No. 18-50313 (BLS)

Related Adv. D.I.: 6 & 7

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

    I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on ___ May 23 , 2018 ___ as it appears in the records of this court, and that:
                                                          (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                       (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
    (name of court)                            (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)


_____
Una O'Boyle
Clerk of the Bankruptcy Court

10/10/18
Date

By: _____
Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VERENGO, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 16-12098 (BLS) |
| WILLIAM PEDERSON[2] as Distribution Trustee of the Verengo Distribution Trust,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED ROOFING & RAINGUTTERS,<br><br>Defendant. | Adv. Proc. No. 18-50313 (BLS)<br><br>**Related Adv. D.I.: 6 & 7** |

CERTIFIED AS A TRUE COPY; ATTEST: UNA M. O'BOYLE, U.S. BANKRUPTCY COURT — Deputy Clerk 10/10/18 By

## JUDGMENT BY DEFAULT

Upon consideration of the *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* (the "**Motion**")[3]; it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon,

**NOW, THEREFORE, THE COURT HEREBY FINDS THAT:**

A.  Notice of the Motion was adequate.

---

[1] The reorganized debtor and the last four digits of its identification number are as follows: Verengo, Inc. [6114].

[2] William Pederson succeeded Wayne P. Weitz as Distribution Trustee of the Verengo Distribution Trust pursuant to this Court's *Order Approving Appointment of William Pederson as Successor Distribution Trustee of the Verengo, Inc. Distribution Trust*, dated December 13, 2017 [D.I. 355].

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{BAY:03275634v1}

B.  Sufficient legal and factual bases exist for the relief requested in the Motion.

C.  The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

D.  The Court finds that default has been entered by the Clerk of the Court against Defendant.

E.  Plaintiff has requested entry of default judgment and has filed an affidavit of the amount due [Adv. D.I. 6], which affidavit states, upon information and belief, that Defendant is not in the military service and is not an infant or incompetent person.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  Default Judgment is hereby entered against Defendant in favor of Plaintiff as to each count of the Complaint in the amount of $12,875.00 pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable to the Adversary Proceeding by Bankruptcy Rule 7055.

2.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Judgment.

Dated: May 23, 2018
Wilmington, DE

HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE